```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 19-05109-HWV
Travis King                                                                Chapter 13
Tonya King
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: Jan 14, 2020
                               Form ID: ntcnfhrg            Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
```
db/jdb         +Travis King,    Tonya King,    786 E Main St,    Dallastown, PA 17313-9733
5276596         AES/FRN SLT,    PO Box 61047,    Harrisburg, PA 17106-1047
5276597         AES/KEYSTONE BEST,    PO Box 61047,    Harrisburg, PA 17106-1047
5276598         AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
5276595        +Advanced Radiology,    26999 Network Place,    Chicago, IL 60673-1269
5276600         Amazon Prime/ Chase,    PO Box 1423,    Charlotte, NC 28201-1423
5276603       ++BARLEY SNYDER,    100 EAST MARKET STREET,    YORK PA 17401-1219
                (address filed with court: Barley Snyder- Attorneys at Law,    100 East Market St.,
                  York, PA 17401)
5276604         Bloom & Associates, P.A.,    PO Box 42826,    Baltimore, MD 21284-2826
5276610         CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
5276609         CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
5276607         Capital One Bank NA,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321
5276608         Capital One/Cabela,    4800 NW 1st St Ste 300,    Lincoln, NE 68521-4463
5276611         Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
5276613         David J. Apothaker Esq,    Apothaker Scian P C,    520 Fellowship Rd Ste C306,
                  Mount Laurel, NJ 08054-3410
5276614        +Ear, Nose & Throat Specialist,    6565 N Charles St Ste 601,    Baltimore, MD 21204-6839
5276615        +Greater Baltimore Medical Center,    P.O. Box 418015,    Boston, MA 02241-8015
5276616         IC Systems Inc,    444 Highway 96 E,    Saint Paul, MN 55127-2557
5285650        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
5276594         Keith B DeArmond Attorney at Law,    2951 Whiteford Rd Ste 101,    York, PA 17402-7624
5276593        +King Tonya,    786 E Main St,    Dallastown, PA 17313-9733
5276592        +King Travis,    786 E Main St,    Dallastown, PA 17313-9733
5276619        +Littman Jewelers,    PO Box 731,    Mahwah, NJ 07430-0731
5276620         Mercy - MD Family Care,    100 S Owasso Blvd W,    Saint Paul, MN 55117-1036
5285471        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
5276623         Pediatric Care of York,    2675 Joppa Rd,    York, PA 17403-5160
5276624        +Receivables Outsourcing, LLC,    P.O. Box 549,    Timonium, MD 21094-0549
5276625        #Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
5276626        +Sears,    PO BOX 9001055,    Louisville, KY 40290-1055
5276627        +Southern Family Medical LLC,    16312 Mount Airy Rd,    Shrewsbury, PA 17361-1623
5289237        +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                  Dallas, TX 75380-0849
5276631         Theresa Downs,    16940 Lutz Rd,    Stewartstown, PA 17363-9310
5276632         Wells Fargo Dealer Services,    400 Redland Ct Ste 200,    Owings Mills, MD 21117-3292
5276633         Wellspan Health,    PO Box 742688,    Cincinnati, OH 45274-2688
5276634         Wellspan York Hospital,    PO Box 742641,    Cincinnati, OH 45274-2641
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 08:59:03
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5276599         E-mail/Text: backoffice@affirm.com Jan 14 2020 08:52:39     Affirm INC,    633 Folsom St Fl 7,
                  San Francisco, CA 94107-3618
5276601         E-mail/Text: ebn@americollect.com Jan 14 2020 08:52:07     Americollect,    PO Box 1505,
                  Manitowoc, WI 54221-1505
5276605         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 08:58:41     Capital One,
                  PO Box 71083,    Charlotte, NC 28272-1083
5280582         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 08:58:22
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC 28272-1083
5287795        +E-mail/Text: bankruptcy@cavps.com Jan 14 2020 08:52:15     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5276612         E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 08:58:26     Credit One Bank NA,
                  PO Box 98875,    Las Vegas, NV 89193-8875
5276617         E-mail/Text: cio.bncmail@irs.gov Jan 14 2020 08:51:29     Internal Revenue Service,
                  PO Box 37910,    Hartford, CT 06176-7910
5276618        +E-mail/Text: bncnotices@becket-lee.com Jan 14 2020 08:51:22     Kohls,    PO BOX 2983,
                  Milwaukee, WI 53201-2983
5276621         E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 08:58:35     One Main Financial,
                  PO Box 742536,    Cincinnati, OH 45274-2536
5284134        +E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 08:58:55     OneMain,    P.O. Box 3251,
                  Evansville, IN 47731-3251
5288342         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 09:09:37
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5276622         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 08:58:18     Pay Pal,    PO Box 5138,
                  Timonium, MD 21094-5138
5277412         E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 08:51:46
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA 98083-0788
```

```
District/off: 0314-1            User: AutoDocke            Page 2 of 2            Date Rcvd: Jan 14, 2020
                                Form ID: ntcnfhrg          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5276628         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 08:58:18      Syncb/Care Credit,
                 PO Box 965036,   Orlando, FL  32896-5036
5276629        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 08:58:18      Syncb/Walmart DC,    PO Box 960024,
                 Orlando, FL 32896-0024
5276727        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 08:58:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5276630         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 08:58:57      Synchrony Bank/Amazon,
                 PO Box 960013,   Orlando, FL  32896-0013
5276635         E-mail/Text: lconey@whiterosecu.com Jan 14 2020 08:52:39       White Rose Credit Union,
                 3498 Industrial Hwy,   York, PA  17402-9050
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5276602*         Americollect, Inc.,    PO Box 1505,   Manitowoc, WI  54221-1505
5276606*        +Capital One,   PO BOX 71083,   Charlotte, NC 28272-1083
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              Keith B DeArmond     on behalf of Debtor 1 Travis   King general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond     on behalf of Debtor 2 Tonya   King general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Travis King,
    **Debtor 1**

Tonya King,
fka Tonya Downs,
    **Debtor 2**

Chapter 13

Case No. 1:19–bk–05109–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 26, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 13, 2020 |

ntcnfhrg (03/18)