```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-05109-HWV
Travis King                                                     Chapter 13
Tonya King
        Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 18, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
5285471        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Travis  King general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Tonya  King general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-05109-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis King
786 E Main St
Dallastown PA 17313

Tonya King
786 E Main St
Dallastown PA 17313

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/17/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408
ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/20/20

Terrence S. Miller
**CLERK OF THE COURT**