UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TRAVIS KING   TONYA KING AKA:
FKA TONYA DOWNS
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-05109-HWV

vs.

TRAVIS KING   TONYA KING AKA:
FKA TONYA DOWNS
    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 30, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on December 11, 2019.

2. A hearing was held and an Order was entered on February 26, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/ James K. Jones, Esq.
    Id: 39031
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TRAVIS KING
TONYA KING
AKA: FKA TONYA DOWNS     CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III     CASE NO: 1-19-05109-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: May 27, 2020
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: April 30, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TRAVIS KING
TONYA KING AKA: FKA TONYA DOWNS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

TRAVIS KING
TONYA KING AKA: FKA TONYA DOWNS

CASE NO: 1-19-05109-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 30, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>2951 WHITEFORD ROAD<br>SUITE 101<br>YORK, PA 17402-7624 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| TRAVIS KING<br>786 E MAIN ST<br>DALLASTOWN, PA 17313 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 30, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TRAVIS KING
TONYA KING
AKA: FKA TONYA DOWNS

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

TRAVIS KING
TONYA KING
AKA: FKA TONYA DOWNS

CASE NO: 1-19-05109-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.