# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-05109 |
| **Travis King** | : Chapter 13 |
| **Tonya King FKA Tonya Downs** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : Related Document # |
| | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Travis King** | : |
| **Tonya King FKA Tonya Downs** | : |
| | : |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Sarah E. Barngrover
    _____
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

21-000020_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-05109 |
| **Travis King** | : Chapter 13 |
| **Tonya King FKA Tonya Downs** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : Related Document # |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Travis King** | : |
| **Tonya King FKA Tonya Downs** | : |
| | : |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Keith B DeArmond, Attorney for Travis King and Tonya King FKA Tonya Downs, general.dearmondlaw@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Travis King and Tonya King FKA Tonya Downs, 786 E Main St, Dallastown, PA 17313

/s/ Sarah E. Barngrover

21-000020_PS

Case 1:19-bk-05109-HWV    Doc 51    Filed 01/05/21    Entered 01/05/21 13:10:13    Desc
Main Document    Page 2 of 2