IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-05109 |
| Travis King | : Chapter 13 |
| Tonya King FKA Tonya Downs | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. | : Date and Time of Hearing |
| | : Place of Hearing |
| Movant, | : February 9, 2021 at 09:30 a.m. |
| | : |
| vs | : |
| | : |
| Travis King | : Ronald Reagan Federal Building |
| Tonya King FKA Tonya Downs | : 228 Walnut Street Rm 320 |
| | : Harrisburg, PA, 17101 |
| Charles J DeHart, III | |
| **Respondents.** | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER _____) REGARDING 2010 FORD F150 WITH VIN#1FTFW1E81AFC27161

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. ("Creditor") (Docket _____).

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s). Creditor is directed to file a report of sale promptly following liquidation of the 2010 Ford F150 with the Vehicle Identification Number 1FTFW1E81AFC27161 (the "Collateral") if any excess proceeds are received. Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

Date: _____  _____
 Judge Henry W. Van Eck
 United States Bankruptcy Judge

CC:
 Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

 Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

 Charles J DeHart, III (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA  17036 (notified by ecf)

 Keith B DeArmond, Attorney for Debtor, 2951 Whiteford Road, Suite 101, York, PA  17402 (notified by ecf)

Travis King and Tonya King FKA Tonya Downs, Debtor, 786 E Main St, Dallastown, PA 17313 (notified by regular US Mail)

Travis Scott King and Tonya Elizabeth King, 222 Albert Lane, Red Lion, PA 17356 (notified by regular US Mail)

21-000020_BEW1