LOCAL BANKRUPTCY FORM 9013-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| **Travis King** <br> **Tonya King FKA Tonya Downs** | **CHAPTER 13** |
| | **CASE NO.: 19-05109** |
| Debtor(s) | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | ADVERSARY NO. ___-____-ap-_____ <br> (if applicable) |
| Plaintiff(s)/Movant(s) <br> vs | Nature of Proceeding: **Motion for Relief from the Automatic Stay** |
| **Travis King** <br> **Tonya King FKA Tonya Downs** | **Document #: 52** |
| **Charles J DeHart, III** <br> Defendants(s)/Respondent(s) | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor's counsel has proposed an agreement but additional time is needed for Movant to review and approve the agreement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 8, 2021

/s/ Karina Velter_____
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.
Name: Karina Velter
Phone Number: 614-220-5611

21-000020_SCS2

Case 1:19-bk-05109-HWV    Doc 56    Filed 02/08/21    Entered 02/08/21 15:25:33    Desc
Main Document    Page 1 of 1