## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Travis King** | : | **CHAPTER 13** |
| **Tonya King FKA Tonya Downs** | : | |
| | : | **CASE NO.: 19-05109** |
| Debtor(s) | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : | ADVERSARY NO. ___-____-ap-_____ (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| vs | : | Nature of Proceeding: **Hearing** |
| | : | Pleading: **Motion for Relief from the Automatic Stay** |
| **Travis King** | : | |
| **Tonya King FKA Tonya Downs** | : | |
| | : | |
| **Charles J DeHart, III** | | Document #: **52** |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/08/2021                            /s/ Adam B. Hall
                                             Attorney for Wells Fargo Bank, N.A., d/b/a
                                             Wells Fargo Auto.

21-000020_SCS2