LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Travis King** | : | **CHAPTER 13** |
| **Tonya King FKA Tonya Downs** | : | |
| | : | **CASE NO.: 19-05109** |
| Debtor(s) | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| vs | : | Nature of Proceeding: **Hearing** |
| | : | Pleading: **Motion for Relief from the Automatic Stay** |
| **Travis King** | : | |
| **Tonya King FKA Tonya Downs** | : | |
| | : | |
| **Jack N Zaharopoulos** | | Document #: **78** |
| Defendants(s)/Respondent(s) | | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

   (1)   A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

   ☒ Thirty (30) days.

   ☐ Forty-five (45) days.

   ☐ Sixty (60) days.

   (2)   If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

   (3)   Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:___02/14/2022_____          /s/ Adam B. Hall
                                     _____
                                     Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto_____

21-000020_SCS2