UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

| IN RE: | TONYA E KING | CASE NO: | 19-05109 |
|---|---|---|---|
| | TRAVIS S KING | CHAPTER: | 13 |

Debtor (s)

**Change of Address – Notifications for Creditor**

As to Claim 17-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

  7/18/2024                                              /s/ LaDonna Broadway
                                                         Bankruptcy Processor
                                                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

Middle District of Pennsylvania (Harrisburg)

IN RE:    TONYA E KING                                 CASE NO:    19-05109
            TRAVIS S KING                               CHAPTER:    13

     Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on ___7/18/2024___, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

___7/18/2024___                                          /s/ LaDonna Broadway
                                                                    Bankruptcy Processor
                                                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto