IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   **Travis King** : Case No.: 1:19-bk-05109
   **Tonya King** :
             **Debtors** : **Chapter 13**

## AMENDMENT TO SCHEDULE C

Please change the exemptions on Schedule C to the following:

| Description of Property | Law Providing Exemption | Value of Claimed Exemption | Current Value of Property |
|---|---|---|---|
| 786 East Main Street Dallastown, PA 17313 | 11 USC 522(d)(1) | $30,238.91 | $245,000.00 |

Dated: 08 / 01 / 2024     _____
                                       Travis King, Debtor

Dated: 08 / 01 / 2024     _____
                                       Tonya King, Debtor

# CERTIFICATE OF SERVICE

      I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the AMENDMENT TO SCHEDULE C on the following person(s) by E-Service addressed to:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
VIA E-SERVICE

                      IMBLUM LAW OFFICES, P.C.

Dated: August 1, 2024                  */s/ **Bernadette A. Davis***
                                                Bernadette A. Davis, Paralegal
                                                4615 Derry Street
                                                Harrisburg, PA 17111
                                                717 238-5250
                                                Fax No. 717 558-8990
                                                Gary.imblum@imblumlaw.com
                                                For Debtor

F:\BANKRUPT\CLIENTS\YORK\KING Travis & Tonya (D)\Amendments\08-01-24 Amended Schedule C.docx