# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 14, 2024

**<u>Via ECF Only</u>**

TO:     US BANKRUPTCY COURT - CLERK

RE:     Travis & Tonya King
        Chapter 13 - Bankruptcy Case No.  1:19-bk-05109

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

CAVALRY SPV I LLC
PO BOX 4252
GREENWICH CT 06831-0405

The Creditor's <u>previous</u> address was as follows:

CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE, STE 400
VALHALLA NY 10595-2321

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

Gary J. Imblum

GJI/srm