# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 23, 2024

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Travis & Tonya King
Chapter 13, Bankruptcy Case No. 1:19-bk-05109

Dear Clerk:

Please be advised that the address for Travis and Tonya King has changed to the following:

16940 Lutz Road
Stewartstown, PA 17363

The Debtor's <u>previous</u> address was as follows:

786 E. Main Street
Dallastown, PA 17313

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service