IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| TRAVIS KING | : CASE NO. 1:19-bk-05109-HWV |
| TONYA KING | : |
| fka TONYA DOWNS | : |
|     Debtor | : CHAPTER 13 |
| | : |
| TRAVIS KING | : |
| TONYA KING | : |
| fka TONYA DOWNS | : |
|     Movant | : |
| | : |
|     vs. | : |
| | : |
| CAPITAL ONE BANK | : |
|     Respondent | : |

## ORDER AVOIDING JUDGMENT LIEN

Upon consideration of Debtors/Movants' Motion to Avoid the Judgment lien of Capital One Bank filed by the Debtors to Docket No. 99 and it appearing that Debtors are seeking a comfort Order from this Court pursuant to 11 U.S.C. §105 regarding the effect of discharge under 11 U.S.C. §524 and after Notice and a hearing held on September 24, 2024 and October 1, 2024 and for the reason stated on the record,

**IT IS HEREBY ORDERED AND DECREED** that the Judgment lien held by Capital One Bank and docketed against the Debtors at Docket No. 2019-SU-000908 as filed in the Court of Common Pleas of York County, Pennsylvania, is VOID pursuant to 11 U.S.C. §524 upon the entry of a Discharge Order.

**IT IS FURTHER ORDERED** that a certified copy of this Order and Discharge Order may be filed with the Prothonotary for York County, Pennsylvania as proof that the Judgment is void and of null effect.

A copy of this Order may be recorded in the York County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.