# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558-8990

October 2, 2024

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

    RE:    Travis King & Tonya King, fka Tonya Downs
                Chapter 13 Bankruptcy Case No. 1:19-bk-05109-HWV

Dear Clerk:

Please issue a certified Order approving sale of real estate free and clear of liens in the above matter. The Docket Number of the Order is 114.

                Very truly yours,

                IMBLUM LAW OFFICES, P.C.

                /s/ Gary J. Imblum

                Gary J. Imblum

GJI/cvs