# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**email: gary.imblum@imblumlaw.com**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

October 2, 2024

**<u>Via ECF Only</u>**

TO:  US BANKRUPTCY COURT - CLERK

      RE:    Travis King & Tonya King, fka Tonya Downs
             Chapter 13 Bankruptcy Case No. 1:19-bk-05109-HWV

Dear Clerk:

      Please issue a certified Order approving Motion to Avoid the Judgment Lien of Capital One Bank in the above matter.  The Docket Number of the Order is 113.

                Very truly yours,

                IMBLUM LAW OFFICES,  P.C.

                /s/ Gary J. Imblum

                Gary J. Imblum

GJI/cvs