United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-05109-HWV |
| Travis King | Chapter 13 |
| Tonya King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 01, 2024      Form ID: pdf010      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 19:03:58 | Capital One Bank, Bankruptcy Department, PO Box 85123, Richmond, VA 23285-5123 |
| | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 18:53:07 | Capital One Bank, Headquarters, 1680 Capital One Drive, McLean, VA 22102-3407 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Gary J Imblum | on behalf of Debtor 1 Travis King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

| | |
|---|---|
| | on behalf of Debtor 2 Tonya King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Travis King general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 2 Tonya King general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**TRAVIS KING**<br>**TONYA KING**<br>**fka TONYA DOWNS**<br>Debtor | : CASE NO. 1:19-bk-05109-HWV<br>:<br>:<br>: CHAPTER 13 |
| **TRAVIS KING**<br>**TONYA KING**<br>**fka TONYA DOWNS**<br>Movant | :<br>:<br>:<br>: |
| vs. | : |
| **CAPITAL ONE BANK**<br>Respondent | :<br>: |

### ORDER

Upon consideration of Debtors/Movants' Motion to Avoid the Judgment lien of Capital One Bank filed by the Debtors, Doc. 99, and it appearing that Debtors are seeking a comfort Order from this Court pursuant to 11 U.S.C. § 105 regarding the effect of discharge under 11 U.S.C. §524 and after Notice and a hearing held on September 24, 2024 and October 1, 2024, and for the reasons stated on the record, it is

**ORDERED** that the Judgment lien held by Capital One Bank and docketed against the Debtors at Docket No. 2019-SU-000908 as filed in the Court of Common Pleas of York County, Pennsylvania, is VOID pursuant to 11 U.S.C. §524 upon the entry of a Discharge Order. It is further

**ORDERED** that a certified copy of this Order and Discharge Order may be filed with the Prothonotary for York County, Pennsylvania as proof that the Judgment is void and of null effect.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 1, 2024