United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-05109-HWV |
| Travis King | Chapter 13 |
| Tonya King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 01, 2024 | Form ID: pdf010 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | YORK COUNTY TAX CLAIM BUREAU, ATTN: OFFICER, or GEN, AGENT, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 28 E. MARKET STREET YORK PA 17401-1501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bankruptcy@cavps.com | Oct 01 2024 18:46:00 | CAVALRY SPV I, LLC, ATTN: OFFICER, or GEN, AGENT, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 500 SUMMIT LAKE DRIVE, STE. 400, VALHALLA NY 10595-2321 |
| | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 01 2024 18:46:00 | FREEDOM MORTGAGE CORPORATION, ATTN: OFFICER, or GENL, AGENT, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 10500 KINCAID DRIVE, FISHERS IN 46037-9749 |
| | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 01 2024 18:46:00 | FREEDOM MORTGAGE CORPORATION, ATTN: OFFICER, or GEN AGENT,, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 10500 KINCAID DRIVE, FISHERS IN 46037-9749 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | CAVALRY SPV I, LLC, ATTN: OFFICER, or GEN AGENT,, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 500 SUMMIT LAKE DRIVE, STE. 400, VALHALLA NY 10595-2321 |
| | *+ | YORK COUNTY TAX CLAIM BUREAU, ATTN: OFFICER, or GEN AGENT,, OR AGENT AUTH BY APPT, OR BY LAW, TO REC SVC OF PROCESS, 28 E. MARKET STREET, YORK PA 17401-1501 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Gary J Imblum | on behalf of Debtor 1 Travis King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Tonya King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 2 Tonya King general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 1 Travis King general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **TRAVIS KING** | : CASE NO. 1:19-bk-05109-HWV |
| **TONYA KING** | : |
| **fka TONYA DOWNS** | : |
|     **Debtors** | : CHAPTER 13 |
| | : |
| **TRAVIS KING** | : |
| **TONYA KING** | : |
| **fka TONYA DOWNS** | : |
|     **Movants** | : |
| | : |
| v. | : |
| | : |
| **FREEDOM MORTGAGE CORPORATION** | : |
| **CAVALRY SPV I, LLC** | : |
| **YORK COUNTY TAX CLAIM BUREAU** | : |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : |
|     **Respondents** | : |

## ORDER

Upon consideration of Debtors' Motion to Sell Real Estate Free and Clear of Liens, Doc. 95, and it appearing that no Objections were filed, and good reason appearing therefore, and the Court having found that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986), and the hearings held on September 10, 2024 and October 1, 2024, for the reasons stated on the record, it is

**ORDERED** that Federal Rule of Bankruptcy Procedure 6004(h) is not applicable, and the real property may be sold and purchased immediately upon entry of this Order and that the sale of real estate at 786 E. Main Street, Dallastown, York County, Pennsylvania, free and clear of liens, excluding the washer and dryer, to Nicholas Odachowski for $245,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtors' costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of York County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Freedom Mortgage Corporation mortgage, or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of Cavalry SPV I, LLC judgment lien, or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 1, 2024