## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Travis King
Tonya King

Case No.: 1-19-05109 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 19 |
| Last Four of Loan Number: | 2807 |
| Property Address if applicable: | 786 E Main St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $824.19 |
| b. | Prepetition arrearages paid by the trustee: | $824.19 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,142.62 |
| f. | Postpetition arrearage paid by the trustee: | $2,142.62 |
| g. | Total b, d, and f: | $2,966.81 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024

                                                Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Travis King
Tonya King

Case No.: 1-19-05109 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers  IN 46037-7939

Travis King
Tonya King
16940 Lutz Rd
Stewartstown PA 17363

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-05109  TRAVIS KING

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
SUITE 300
FISHERS, IN  46037-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:** M

**Acct No:** 2807/POST ARREARS/786 E N

POST-PETITION ARREARS   4TH AP    03/22 RELIEF ORDER    9/8/22 - STATUS CHANGED TO STAY LIFTED
AND HELD FUNDS RELEASED

| | | |
|---|---|---|
| Debt: $5,297.29 | Interest Paid: $0.00 | |
| Amt Sched: $134,755.00 | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $2,142.62 | Balance Due: $3,154.67 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5210** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009599 | $290.27 | $0.00 | $290.27 | 03/15/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008606 | $290.27 | $0.00 | $290.27 | 02/14/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007595 | $290.25 | $0.00 | $290.25 | 12/28/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006568 | $425.76 | $0.00 | $425.76 | 11/24/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $503.83 | $0.00 | $503.83 | 10/29/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $342.24 | $0.00 | $342.24 | 09/22/2021 |

**Sub-totals:** $2,142.62   $0.00   $2,142.62

**Grand Total:** $2,142.62   $0.00

# Disbursements for Claim

**Case:** 19-05109    **TRAVIS KING**

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
SUITE 300
FISHERS, IN  46037-

Sequence: 24
Modify:
Filed Date: 1/24/2020 12:00:00AM
Hold Code: M

Acct No: 2807/PRE ARREARS/786 E MA

03/22 RELIEF ORDER   9/8/22 - STATUS CHANGED TO STAY LIFTED AND HELD FUNDS RELEASED

| | | |
|---|---|---|
| Amt Sched: $134,755.00 | Debt: $2,037.69 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $824.19 | Accrued Int: $0.00 |
| | | Balance Due: $1,213.50 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009599 | $111.65 | $0.00 | $111.65 | 03/15/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $111.65 | $0.00 | $111.65 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007595 | $111.66 | $0.00 | $111.66 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006568 | $35.67 | $0.00 | $35.67 | 11/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $189.77 | $0.00 | $189.77 | 06/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000434 | $183.72 | $0.00 | $183.72 | 05/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228038 | $80.07 | $0.00 | $80.07 | 03/26/2021 |
| | | | | **Sub-totals:** | $824.19 | $0.00 | $824.19 | |
| | | | | **Grand Total:** | $824.19 | $0.00 | | |