United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-05109-HWV |
| Travis King | Chapter 13 |
| Tonya King | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf010 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Travis King, Tonya King, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276603 | ++ | BARLEY SNYDER, 100 EAST MARKET STREET, YORK PA 17401-1219 address filed with court:, Barley Snyder- Attorneys at Law, 100 East Market St., York, PA 17401 |
| 5276604 | | Bloom & Associates, P.A., PO Box 42826, Baltimore, MD 21284-2826 |
| 5276607 | | Capital One Bank NA, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5276613 | | David J. Apothaker Esq, Apothaker Scian P C, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5276614 | + | Ear, Nose & Throat Specialist, 6565 N Charles St Ste 601, Baltimore, MD 21204-6839 |
| 5376175 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road Ste 130, Mount Laurel, NJ 08054-1218 |
| 5276615 | + | Greater Baltimore Medical Center, P.O. Box 418015, Boston, MA 02241-8015 |
| 5276593 | + | King Tonya, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276592 | + | King Travis, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276620 | | Mercy - MD Family Care, 100 S Owasso Blvd W, Saint Paul, MN 55117-1036 |
| 5276623 | | Pediatric Care of York, 2675 Joppa Rd, York, PA 17403-5160 |
| 5276627 | + | Southern Family Medical LLC, 16312 Mount Airy Rd, Shrewsbury, PA 17361-1623 |
| 5276631 | | Theresa Downs, 16940 Lutz Rd, Stewartstown, PA 17363-9310 |
| 5276632 | | Wells Fargo Dealer Services, 400 Redland Ct Ste 200, Owings Mills, MD 21117-3292 |
| 5276633 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5276634 | | Wellspan York Hospital, PO Box 742641, Cincinnati, OH 45274-2641 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2024 18:38:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 18:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5276596 | | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 18:38:00 | AES/FRN SLT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276597 | | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 18:38:00 | AES/KEYSTONE BEST, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276598 | | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 18:38:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276595 | ^ | MEBN | Dec 03 2024 18:37:49 | Advanced Radiology, 26999 Network Place, Chicago, IL 60673-1269 |
| 5276599 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 03 2024 18:52:06 | Affirm INC, 633 Folsom St Fl 7, San Francisco, |

| | | | |
|---|---|---|---|
| | | | CA 94107-3618 |
| 5276601 | Email/Text: ebn@americollect.com | Dec 03 2024 18:38:00 | Americollect, PO Box 1505, Manitowoc, WI 54221-1505 |
| 5276609 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2024 18:52:01 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5276610 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2024 18:52:13 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5276605 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:52:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5280582 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:41:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5290764 | Email/PDF: bncnotices@becket-lee.com | Dec 03 2024 18:52:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5276608 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:52:01 | Capital One/Cabela, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 5287795 | Email/Text: bankruptcy@cavps.com | Dec 03 2024 18:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich CT 06831-0405 |
| 5276612 | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2024 18:41:51 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5313880 | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2024 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5313881 | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2024 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5381193 | Email/Text: Bankruptcy@Freedommortgage.com | Dec 03 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5381194 | Email/Text: Bankruptcy@Freedommortgage.com | Dec 03 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5276616 | Email/Text: Bankruptcy@ICSystem.com | Dec 03 2024 18:38:00 | IC Systems Inc, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 5276617 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2024 18:38:00 | Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |
| 5276600 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2024 18:52:07 | Amazon Prime/ Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 5276611 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2024 18:52:14 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5285650 | + Email/Text: RASEBN@raslg.com | Dec 03 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5276618 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2024 18:38:00 | Kohls, PO BOX 2983, Milwaukee, WI 53201-2983 |
| 5294448 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2024 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5294981 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5276621 | Email/PDF: cbp@omf.com | Dec 03 2024 18:52:06 | One Main Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 5284134 | + Email/PDF: cbp@omf.com | Dec 03 2024 18:52:13 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |

| Recip ID | | | |
|---|---|---|---|
| 5285471 | + Email/Text: bncnotifications@pheaa.org | Dec 03 2024 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5288342 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 18:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5276622 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:41:51 | Pay Pal, PO Box 5138, Timonium, MD 21094-5138 |
| 5277412 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2024 18:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5294053 | Email/Text: bankruptcy@roundpointmortgage.com | Dec 03 2024 18:38:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5276624 | + Email/Text: cognizantrcminfo@cognizant.com | Dec 03 2024 18:38:00 | Receivables Outsourcing, LLC, P.O. Box 549, Timonium, MD 21094-0549 |
| 5276625 | ^ MEBN | Dec 03 2024 18:37:36 | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 5276626 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2024 18:52:07 | Sears, PO BOX 9001055, Louisville, KY 40290-1055 |
| 5276628 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:52:01 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5276629 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:41:49 | Syncb/Walmart DC, PO Box 960024, Orlando, FL 32896-0024 |
| 5276727 | ^ MEBN | Dec 03 2024 18:37:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5276630 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:41:49 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 5289237 | + Email/Text: tdebn@credbankserv.com | Dec 03 2024 18:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5292261 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 03 2024 18:41:50 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5276635 | Email/Text: lconey@whiterosecu.com | Dec 03 2024 18:38:00 | White Rose Credit Union, 3498 Industrial Hwy, York, PA 17402-9050 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5276602 | * | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 5276606 | *+ | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5376176 | *+ | Freedom Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5294010 | *+ | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5464463 | *+ | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5276594 | ## | Keith B DeArmond Attorney at Law, 2951 Whiteford Rd Ste 101, York, PA 17402-7624 |
| 5276619 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Gary J Imblum | on behalf of Debtor 1 Travis King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Tonya King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Travis King general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 2 Tonya King general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
TRAVIS KING                               :        CASE NO.  1:19-bk-05109-HWV
TONYA KING                                :
fka TONYA DOWNS                           :
           Debtors          :        CHAPTER 13


## ORDER

Upon consideration of the Debtors' Motion to Withdraw the Certifications Regarding

Domestic Support Obligations and Section 522(q), Doc. 122, it is

**ORDERED** that the Motion is **GRANTED** and the Certifications Regarding Domestic

Support Obligations and Section 522(q) for discharge are withdrawn.




By the Court,

_Henry W. Van Eck_ (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2024