United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Travis King

Tonya King

    Debtors

Case No. 19-05109-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jan 27, 2025 | Form ID: 3180W | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Travis King, Tonya King, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276603 | ++ | BARLEY SNYDER, 100 EAST MARKET STREET, YORK PA 17401-1219 address filed with court:, Barley Snyder- Attorneys at Law, 100 East Market St., York, PA 17401 |
| 5276604 | | Bloom & Associates, P.A., PO Box 42826, Baltimore, MD 21284-2826 |
| 5276607 | | Capital One Bank NA, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5276613 | | David J. Apothaker Esq, Apothaker Scian P C, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5276614 | + | Ear, Nose & Throat Specialist, 6565 N Charles St Ste 601, Baltimore, MD 21204-6839 |
| 5376175 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road Ste 130, Mount Laurel, NJ 08054-1218 |
| 5276615 | + | Greater Baltimore Medical Center, P.O. Box 418015, Boston, MA 02241-8015 |
| 5276593 | + | King Tonya, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276592 | + | King Travis, 16940 Lutz Road, Stewartstown, PA 17363-9310 |
| 5276620 | | Mercy - MD Family Care, 100 S Owasso Blvd W, Saint Paul, MN 55117-1036 |
| 5276623 | | Pediatric Care of York, 2675 Joppa Rd, York, PA 17403-5160 |
| 5276627 | + | Southern Family Medical LLC, 16312 Mount Airy Rd, Shrewsbury, PA 17361-1623 |
| 5276631 | | Theresa Downs, 16940 Lutz Rd, Stewartstown, PA 17363-9310 |
| 5276633 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5276634 | | Wellspan York Hospital, PO Box 742641, Cincinnati, OH 45274-2641 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2025 18:36:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Jan 27 2025 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5276596 | | Email/Text: bncnotifications@pheaa.org | Jan 27 2025 18:36:00 | AES/FRN SLT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276597 | | Email/Text: bncnotifications@pheaa.org | Jan 27 2025 18:36:00 | AES/KEYSTONE BEST, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276598 | | Email/Text: bncnotifications@pheaa.org | Jan 27 2025 18:36:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5276595 | ^ | MEBN | Jan 27 2025 18:34:07 | Advanced Radiology, 26999 Network Place, Chicago, IL 60673-1269 |
| 5276599 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2025 18:41:48 | Affirm INC, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |

| | | | |
|---|---|---|---|
| 5276601 | Email/Text: ebn@americollect.com | Jan 27 2025 18:36:00 | Americollect, PO Box 1505, Manitowoc, WI 54221-1505 |
| 5276609 | EDI: CITICORP | Jan 27 2025 23:36:00 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5276610 | EDI: CITICORP | Jan 27 2025 23:36:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5276605 | EDI: CAPITALONE.COM | Jan 27 2025 23:36:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5280582 | EDI: CAPITALONE.COM | Jan 27 2025 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5290764 | Email/PDF: bncnotices@becket-lee.com | Jan 27 2025 18:41:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5276608 | EDI: CAPITALONE.COM | Jan 27 2025 23:36:00 | Capital One/Cabela, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 5287795 | Email/Text: bankruptcy@cavps.com | Jan 27 2025 18:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich CT 06831-0405 |
| 5276612 | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2025 18:41:34 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5313880 | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2025 18:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5313881 | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2025 18:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5381193 | Email/Text: Bankruptcy@Freedommortgage.com | Jan 27 2025 18:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5381194 | Email/Text: Bankruptcy@Freedommortgage.com | Jan 27 2025 18:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5276616 | EDI: LCIICSYSTEM | Jan 27 2025 23:36:00 | IC Systems Inc, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 5276617 | EDI: IRS.COM | Jan 27 2025 23:36:00 | Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |
| 5276600 | EDI: JPMORGANCHASE | Jan 27 2025 23:36:00 | Amazon Prime/ Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 5276611 | EDI: JPMORGANCHASE | Jan 27 2025 23:36:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5285650 | + Email/Text: RASEBN@raslg.com | Jan 27 2025 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5276618 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2025 18:36:00 | Kohls, PO BOX 2983, Milwaukee, WI 53201-2983 |
| 5294448 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2025 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5294981 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2025 18:36:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5276621 | EDI: AGFINANCE.COM | Jan 27 2025 23:36:00 | One Main Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 5284134 | + EDI: AGFINANCE.COM | Jan 27 2025 23:36:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5285471 | + Email/Text: bncnotifications@pheaa.org | | |

| | | | Jan 27 2025 18:36:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
|---|---|---|---|---|
| 5288342 | | EDI: PRA.COM | Jan 27 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5276622 | | EDI: SYNC | Jan 27 2025 23:36:00 | Pay Pal, PO Box 5138, Timonium, MD 21094-5138 |
| 5277412 | | EDI: Q3G.COM | Jan 27 2025 23:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5294053 | | Email/Text: bankruptcy@roundpointmortgage.com | Jan 27 2025 18:36:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5276624 | + | Email/Text: cognizantrcminfo@cognizant.com | Jan 27 2025 18:36:00 | Receivables Outsourcing, LLC, P.O. Box 549, Timonium, MD 21094-0549 |
| 5276625 | ^ | MEBN | Jan 27 2025 18:33:57 | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 5276626 | + | EDI: CITICORP | Jan 27 2025 23:36:00 | Sears, PO BOX 9001055, Louisville, KY 40290-1055 |
| 5276628 | | EDI: SYNC | Jan 27 2025 23:36:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5276629 | + | EDI: SYNC | Jan 27 2025 23:36:00 | Syncb/Walmart DC, PO Box 960024, Orlando, FL 32896-0024 |
| 5276727 | ^ | MEBN | Jan 27 2025 18:34:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5276630 | | EDI: SYNC | Jan 27 2025 23:36:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 5289237 | + | EDI: CBSTDR | Jan 27 2025 23:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5292261 | + | EDI: WFFC2 | Jan 27 2025 23:36:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5276632 | | EDI: WFFC | Jan 27 2025 23:36:00 | Wells Fargo Dealer Services, 400 Redland Ct Ste 200, Owings Mills, MD 21117-3292 |
| 5276635 | | Email/Text: lconey@whiterosecu.com | Jan 27 2025 18:36:00 | White Rose Credit Union, 3498 Industrial Hwy, York, PA 17402-9050 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5276602 | * | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 5276606 | *+ | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5376176 | *+ | Freedom Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5294010 | *+ | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5464463 | *+ | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5276594 | ## | Keith B DeArmond Attorney at Law, 2951 Whiteford Rd Ste 101, York, PA 17402-7624 |
| 5276619 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Gary J Imblum | |
| | on behalf of Debtor 1 Travis King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Debtor 2 Tonya King gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Keith B DeArmond | |
| | on behalf of Debtor 1 Travis King general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Keith B DeArmond | |
| | on behalf of Debtor 2 Tonya King general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Travis King | Social Security number or ITIN | xxx–xx–9835 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Tonya King | Social Security number or ITIN | xxx–xx–6469 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:19–bk–05109–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Travis King

Tonya King
fka Tonya Downs

**By the court:**

1/27/25

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:19-bk-05109-HWV    Doc 134    Filed 01/29/25    Entered 01/30/25 00:28:30    Desc
Imaged Certificate of Notice    Page 7 of 7